UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WAYNE MITCHELL-BEY, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>CRAIG HANKS, )<br>)<br>Respondent. ) | 1:05-cv-0493-LJM-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 07/20/2005

LARRY J. McKINNEY, CHIEF JUDGE
States District Court
rn District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Copies to:

Wayne Mitchell-Bey, DOC # 873168
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770